x:\tc52828\adoption

WILLIAM D. JOYCE, III (WDJ9899)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------X
HENRYK JOZWIAK,

                Plaintiff,

    -against-

90 CHURCH STREET LIMITED PARTNERSHIP, ABATEMENT PROFESSIONALS, ABSCOPE ENVIRONMENTAL, INC., AMBIENT GROUP, INC., APPLIED ENVIRONMENTAL INC., BELFOR USA GROUP, INC., BOSTON PROPERTIES, INC., BRISTOL ENVIRONMENTAL INC., CATAMOUNT ENVIRONMENTAL INC., CLAYTON ENVIRONMENTAL CONSULTANTS, COMPREHENSIVE ENVIRONMENTAL SERVICE CO., CONTAMINANT CONTROL, INC., COVINO ENVIRONMENTAL ASSOCIATES, CRITERION LABORATORIES INC., DARLING ASBESTOS DISPOSAL COMPANY, DIVERSIFIED ENVIRONMENTAL CORPORATION, DYNASERV INDUSTRIES, INC., ENVIRONMENTAL PRODUCTS AND SERVICES, INC., ENVIRONMENTAL SERVICES AND TECHNOLOGIES, INC., ENVIRONMENTAL TESTING, INC., ENVIROSERVE INC., HILLMAN ENVIRONMENTAL GROUP, LLC, LVI ENVIRONMENTAL SERVICES, INC., LVI SERVICES INC., MARCOR REMEDIATION INC., MILRO ASSOCIATES, INC., NORWICH LABORATORIES, PAR ENVIRONMENTAL CORPORATION, PINNACLE ENVIRONMENTAL

NOTICE OF ADOPTION

08 CIV 4939

CORPORATION, POTOMAC ABATEMENT INC.,
ROYAL ENVIRONMENTAL INC., SENCAM, INC.,
SPECIALTY SERVICE CONTRACTING INC.,
STRUCTURE TONE (UK), INC., STRUCTURE TONE
GLOBAL SERVICES, INC., SYSKA AND
HENNESSEY, TELLABS OPERATIONS, INC.,
TISHMAN INTERIORS CORPORATION, TTI
ENVIRONMENTAL SERVICES INC., VERIZON NEW
YORK, INC. AND WILLIAM F. COLLINS,
ARCHITECT, ET AL.,

                        Defendants.
------------------------------------------------------------------------X

      PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      To the extent that STRUCTURE TONE's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

      WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
       August 22, 2008

                                                                                                                    /s/ William D. Joyce, III
                                                                                                                    WILLIAM D. JOYCE, III (WDJ 9899)
                                                                                                                    BARRY, McTIERNAN & MOORE
                                                                                                                    Attorneys for Defendants
                                                                                                                    STRUCTURE TONE, INC. s/h/a
                                                                                                                    STRUCTURE TONE (UK), INC. and
                                                                                                                    STRUCTURE TONE GLOBAL SERVICES, INC.
                                                                                                                    2 Rector Street – 14th Floor
                                                                                                                    New York, New York 10006
                                                                                                                    (212) 313-3600